## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  David Kadyk AKA  Empowering Solutions    &  <br>        Jane A. Kadyk <br>                    <u>Debtors</u> | CHAPTER 13 <br><br> BKY. NO. 16-23391 CMB |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of JPMorgan Chase Bank, National Association, and index same on the master mailing list.

Re: Loan # Ending In: 0780

    Respectfully submitted,

    **/s/ Joshua I. Goldman, Esquire**
    Joshua I. Goldman, Esquire
    jgoldman@kmllawgroup.com
    Attorney I.D. No. 205047
    KML Law Group, P.C.
    701 Market Street, Suite 5000
    Philadelphia, PA 19106
    Phone: 215-825-6306
    Fax: 215-825-6406
    Attorney for Movant/Applicant