# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | ) | **Bankruptcy No. 16-23391-CMB** |
| **David P. Kadyk, fdba Empowering Solutions** | ) | **Chapter 13** |
| **Jane A. Kadyk** | ) | **Doc No. ___** |
|    **Debtor** | ) | |
| **David P. Kadyk, fdba Empowering Solutions** | ) | **Response Due: January 26, 2017** |
|    **Movant** | ) | **Hearing Date: February 22, 2017** |
|        v. | ) | **At 11:00 a.m.** |
|    **No Respondent** | ) | |

## CERTIFICATION OF NO OBJECTION REGARDING
## APPLICATON TO EMPLOY SPECIAL COUNSEL

The undersigned hereby certifies, as of the date hereof, no motion, answer or other responsive pleading to the Application filed on **January 9, 2017** has been received. The undersigned further certifies that the Court's docket in the case has been reviewed and no motion, answer or other responsive pleading appears thereon. Pursuant to the Notice of Hearing, a motion or answer to the Application were to be filed and served no later than **January 26, 2017.**

It is hereby respectfully requested that the Order to the Application be entered by the court.

| | |
|---|---|
| **Executed on: January 27, 2017** | /s/Bryan P. Keenan |
| | Bryan P. Keenan, PA ID No. 89053 |
| | Bryan P. Keenan & Associates P.C. |
| | Attorney for Debtor |
| | 993 Greentree Road, Suite 101 |
| | Pittsburgh, PA 15220 |
| | (412) 922-5116 |
| | keenan662@gmail.com |