# IN UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | ) | **Bankruptcy No. 16-23391-CMB** |
| **David P. Kadyk, fdba Empowering Solutions** | ) | **Chapter 13** |
| **Jane A. Kadyk** | ) | **Doc No. ___** |
|     **Debtor** | ) | |
| **David P. Kadyk, fdba Empowering Solutions** | ) | |
|  **Jane A. Kadyk** | ) | |
|     **Movant** | ) | |
|                 **v.** | ) | |
| **Internal Revenue Services** | ) | |
|     **Respondent** | ) | |

### CERTIFICATE OF SERVICE FOR DEBTORS
### AMENDED SCHEDULE E, TEXT ORDER, AND 341
### MEETING OF CREDITORS NOTICE

I, Bryan P. Keenan, Esquire, certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on  **March 29, 2017.**

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **first class mail.**

**1.) Service by Electronic Mail--**
a. **Office of the U.S. Trustee,** at ustpregion03.pi.ecf@usdoj.gov
b. **Office of the Chapter 13 Trustee**, Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com

**1.) Service by First Class Mail--**
a. David and Jane Kadyk, 910 Shadypark Court, Oakdale, PA 15071
b. Department of Treasury, Internal Revenue Service, Cincinnati, OH 45999-0030
c. Internal Revenue Service, Insolvency Unit, P.O. Box 3746 Philadelphia, PA 19101

Executed on: March 29, 2017          **/s/ Bryan P. Keenan**
                                              Bryan  P. Keenan, PA ID No. 89053
                                              Bryan  P. Keenan  & Associates P.C.
                                              Attorney for Debtor
                                              993 Greentree Road, Suite 101
                                              Pittsburgh, PA 15220
                                              (412) 922-5116
                                              keenan662@gmail.com