# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

| | |
|---|---|
| Debtor: | DAVID P. & JANE A. KADYK |
| Case Number: | 16-23391-CMB    Chapter: 13 |
| Date / Time / Room: | THURSDAY, SEPTEMBER 28, 2017  10:00 AM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
9/29/17 9:35 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#14 - Final Confirmation of Plan Dated 10/4/2016 (NFC)
R / M #: 14 / 0

**Appearances:**

Debtor: Keenan
Trustee: Winnecour / Bedford / Pail / **Katz** (circled)
Creditor:

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ___✓___ Plan/Motion continued to _1/11/18_ at _1:00 pm_.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

*Handwritten notes:* Debtors are looking at keeping house & making up lump sum amt.

Counsel to file Amended plan to reflect new strategy once confirmed.

9/22/2017  10:48:05 AM