# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

| | |
|---|---|
| Debtor: | DAVID P. & JANE A. KADYK |
| Case Number: | 16-23391-CMB    Chapter: 13 |
| Date / Time / Room: | THURSDAY, JANUARY 11, 2018 01:00 PM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
1/19/18 3:08 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#14 - Continued Confirmation of Plan Dated 10/4/2016 (NFC)
R / M #: 14 / 0

**Appearances:**

Debtor: [signature]
Trustee: Winnecour / Pail / (Katz)
Creditor:

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. __X__ Other:

Debtor cannot fund plan in amt necessary to fully fund. Trustee requests dismissal w/o prejudice (first case). Debtor's counsel indicates no defense.

1/4/2018   2:00:04PM