Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **David P. Kadyk** | : | Case No. 16−23391−CMB |
| **fdba Empowering Solutions** | : | Chapter: 13 |
| **Jane A. Kadyk** | : | |
| *Debtor(s)* | : | |
| | : | Issued Per Jan. 11, 2018 Proceeding |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this **The 19th of January, 2018,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

```
                                United States Bankruptcy Court
                                Western District of Pennsylvania
In re:                                                                      Case No. 16-23391-CMB
David P. Kadyk                                                              Chapter 13
Jane A. Kadyk
        Debtors                     CERTIFICATE OF NOTICE
District/off: 0315-2          User: jhel                    Page 1 of 2             Date Rcvd: Jan 19, 2018
                              Form ID: 309                  Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 21, 2018.
db/jdb         +David P. Kadyk,    Jane A. Kadyk,    910 Shadypark Court,    Oakdale, PA 15071-9495
14287769       +Comcast,    PO Box 719,   Toledo, OH 43697-0719
14353521        Department Store National Bank,     c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
14287770       +Dornish Law Offices PC,    1207 Fifth Avenue Suite 300,     Pittsburgh, PA 15219-6211
14287772       +Duqesne Light,    Payment Processing Center,    P.O. Box 10,    Pittsburgh, PA 15267-0001
14287773       +GC Services Limited Partnership,     Re: Chase Bank USA, N.A.,    6330 Gulfton,
                 Houston, TX 77081-1108
14389013       +Internal Revenue Service,    Insolvency Unit,    P.O. Box 3746,    Philadelphia, PA 19125-0746
14287775        JP Morgan Chase Bank, NA,    PO Box 24696,    Columbus, OH 43224-0696
14363886       +JPMorgan Chase Bank, National Association,     Chase Records Center,    Attn: Correspondence Mail,
                 Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
14287774       +Jordan W. Feltzer, Esquire,    American Express Legal,     435 Devon Park Drive, Bldg 500,
                 Wayne, PA 19087-1939
14347880       +PNC BANK, N.A.,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
14287776       +Pnc Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
14287777        St Clair Professional Services,     1000 Bower Hill Road,    Pittsburgh, PA 15243-1873
14287779       +United Collection Bureau, Inc.,     Re: Chase Bank U.S.A N.A.,    5620 Southwyck Blvd. Ste 206,
                 Toledo, OH 43614-1501
14360691        University of Pittsburgh Physicians,     PO Box 1123,   Minneapolis, MN 55440-1123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              EDI: RECOVERYCORP.COM Jan 20 2018 02:08:00      Recovery Management Systems Corporation,
                 25 S.E. Second Avenue,    Suite 1120,    Miami, FL 33131-1605
14301293        EDI: GMACFS.COM Jan 20 2018 02:08:00      Ally Bank,    PO Box 130424,   Roseville MN 55113-0004
14287765       +EDI: GMACFS.COM Jan 20 2018 02:08:00      Ally Financial,    Attn: Bankruptcy,   Po Box 130424,
                 Roseville, MN 55113-0004
14351531        EDI: BECKLEE.COM Jan 20 2018 02:08:00      American Express Bank, FSB,    c/o Becket and Lee LLP,
                 PO Box 3001,   Malvern PA 19355-0701
14287766       +EDI: AMEREXPR.COM Jan 20 2018 02:08:00      American Express Centurian Bank,
                 and American Express Bank FSB,    c/o Kenneth Irvine Chenault, CEO,    4315 South 2700 West,
                 Salt Lake City, UT 84184-0002
14333656        EDI: BECKLEE.COM Jan 20 2018 02:08:00      American Express Centurion Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14287767       +EDI: CHASE.COM Jan 20 2018 02:08:00      Chase Card,    Po Box 15298,   Wilmington, DE 19850-5298
14287768       +EDI: CITICORP.COM Jan 20 2018 02:08:00      Citi,    Po Box 6241,   Sioux Falls, SD 57117-6241
14355668       +EDI: CITICORP.COM Jan 20 2018 02:08:00      Citibank, N.A.,    701 East 60th Street North,
                 Sioux Falls, SD 57104-0493
14287771       +EDI: TSYS2.COM Jan 20 2018 02:08:00      Dsnb Macys,    Po Box 8218,   Mason, OH 45040-8218
14364150       +E-mail/Text: kburkley@bernsteinlaw.com Jan 20 2018 02:32:21       Duquesne Light Company,
                 c/o Peter J. Ashcroft,,   Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14389012        EDI: IRS.COM Jan 20 2018 02:08:00      Department of Treasury,    Internal Revenue Service,
                 Cincinnati, OH 45999-0030
14329251        EDI: RESURGENT.COM Jan 20 2018 02:08:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of Citibank, N.A.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14302740       +EDI: MID8.COM Jan 20 2018 02:08:00      MIDLAND FUNDING LLC,    PO Box 2011,
                 Warren, MI 48090-2011
14288874        EDI: RECOVERYCORP.COM Jan 20 2018 02:08:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
14287778       +EDI: RMSC.COM Jan 20 2018 02:08:00      Syncb/jcp,    Po Box 965007,   Orlando, FL 32896-5007
14287780       +E-mail/Text: BankruptcyNotice@upmc.edu Jan 20 2018 02:32:15       UPMC,   2 Hot Metal Street,
                 Room 386,   Pittsburgh, PA 15203-2348
                                                                                              TOTAL: 17

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
                                                                                   TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0315-2         User: jhel              Page 2 of 2         Date Rcvd: Jan 19, 2018
                             Form ID: 309            Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 19, 2018 at the address(es) listed below:
              Bryan P. Keenan    on behalf of Joint Debtor Jane A. Kadyk keenan662@gmail.com,
               melindap662@gmail.com
              Bryan P. Keenan    on behalf of Debtor David P. Kadyk keenan662@gmail.com,  melindap662@gmail.com
              James   Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```