**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

DAVID P. KADYK
JANE A. KADYK
      Debtor(s)

Case No.: 16-23391

Ronda J. Winnecour
      Movant
   vs.
No Repondents.

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 09/12/2016 and confirmed on 11/22/2016. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 36,320.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 36,320.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 1,566.78 | |
|   Trustee Fee | 1,586.73 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,153.51 |

| Creditor Type / Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 29,595.39 | 0.00 | 29,595.39 |
|   Acct: 0780 | | | | |
| JPMORGAN CHASE BANK NA | 9,565.40 | 0.00 | 0.00 | 0.00 |
|   Acct: 0780 | | | | |
| ALLY BANK(*) | 8,963.50 | 2,405.53 | 1,165.57 | 3,571.10 |
|   Acct: 7016 | | | | |
| | | | | 33,166.49 |
| **Priority** | | | | |
| BRYAN P KEENAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| DAVID P. KADYK | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| BRYAN P KEENAN & ASSOCIATES PC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| BRYAN P KEENAN ESQ | 3,500.00 | 1,566.78 | 0.00 | 0.00 |
|   Acct: | | | | |
| BRYAN P KEENAN ESQ | 2,000.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |

| 16-23391 | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | | |
| | INTERNAL REVENUE SERVICE*<br>Acct: 3247 | 6,577.95 | 0.00 | 0.00 | 0.00 |
| | | ***NONE*** | | | |
| Unsecured | | | | | |
| | AMERICAN EXPRESS CENTURION BNK<br>Acct: 3005 | 14,065.85 | 0.00 | 0.00 | 0.00 |
| | CHASE++<br>Acct: 9118 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CHASE++<br>Acct: 8428 | 0.00 | 0.00 | 0.00 | 0.00 |
| | LVNV FUNDING LLC, ASSIGNEE<br>Acct: 6985 | 7,892.29 | 0.00 | 0.00 | 0.00 |
| | COMCAST<br>Acct: 2271 | 0.00 | 0.00 | 0.00 | 0.00 |
| | DORNISH LAW OFFICES PC<br>Acct: 4930 | 0.00 | 0.00 | 0.00 | 0.00 |
| | SYNCHRONY BANK++<br>Acct: XXXXXPRAE | 0.00 | 0.00 | 0.00 | 0.00 |
| | BERNSTEIN-BURKLEY PC (FORMERLY FO<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | JOSHUA I GOLDMAN ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | AMERICAN EXPRESS<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | DEPARTMENT STORES NATIONAL BANK<br>Acct: 0190 | 281.70 | 0.00 | 0.00 | 0.00 |
| | DUQUESNE LIGHT COMPANY*<br>Acct: 3247 | 1,220.82 | 0.00 | 0.00 | 0.00 |
| | PNC BANK NA<br>Acct: 7674 | 1,189.33 | 0.00 | 0.00 | 0.00 |
| | SAINT CLAIR PROFESSIONAL SERVICES<br>Acct: 9553 | 0.00 | 0.00 | 0.00 | 0.00 |
| | MIDLAND FUNDING LLC<br>Acct: 7438 | 4,274.36 | 0.00 | 0.00 | 0.00 |
| | UPMC<br>Acct: 3247 | 0.00 | 0.00 | 0.00 | 0.00 |
| | UNIVERSITY OF PITTSBURGH PHYSICIANS<br>Acct: 3247 | 543.20 | 0.00 | 0.00 | 0.00 |
| | GC SERVICES<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | UNITED COLLECTION BUREAU INC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | AMERICAN EXPRESS BANK FSB<br>Acct: 1001 | 6,531.90 | 0.00 | 0.00 | 0.00 |
| | CITIBANK NA(*)<br>Acct: 4079 | 1,799.45 | 0.00 | 0.00 | 0.00 |
| | INTERNAL REVENUE SERVICE*<br>Acct: 3247 | 855.84 | 0.00 | 0.00 | 0.00 |
| | | ***NONE*** | | | |

TOTAL PAID TO CREDITORS                                                                                                  33,166.49

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 6,577.95 |
| SECURED | 18,528.90 |
| UNSECURED | 38.654.74 |

Date: 02/20/2018

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com